JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD A. STUPIN, | ) | No. CV 10-6157-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 8, 2010

_____
JOHN F. WALTER
United States District Judge